1 Lawrence D. Rohlfing
Attorney at Law: 119433
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com
5
Attorneys for Plaintiff
6 Bryant D. Nevitt

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10

BRYANT D. NEVITT,                    ) Case No.: EDCV 5:12-00579 RZ
                                     )
    Plaintiff,                       ) [PROPOSED] ORDER AWARDING
                                     ) EQUAL ACCESS TO JUSTICE ACT
    vs.                              ) ATTORNEY FEES AND EXPENSES
                                     ) PURSUANT TO 28 U.S.C. § 2412(d)
CAROLYN W. COLVIN, Acting            ) AND COSTS PURSUANT TO 28
Commissioner of Social Security,     ) U.S.C. § 1920
                                     )
    Defendant                        )
                                     )
_____)

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,400.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by 28 U.S.C. § 1920, be awarded ~~subject to the terms of the Stipulation.~~ to Plaintiff.

DATE: June 25, 2013

*/s/ Ralph Zarefsky*

THE HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 | /s/ Lawrence D. Rohlfing
4 | _____
  | Lawrence D. Rohlfing
  | Attorney for plaintiff Bryant D. Nevitt

**PROOF OF SERVICE**

***STATE OF CALIFORNIA, COUNTY OF LOS ANGELES***

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12631 East Imperial Highway, Suite C-115, Santa Fe Springs, California 90670.

On this June 7, 2013, I served the foregoing document described as on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Bryant Nevitt
36462 Sweet Berry Ct.
Winchester, CA 92596

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Fe Springs, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of this court at whose direction the service was made.

***Enedina Perez***
TYPE OR PRINT NAME                    SIGNATURE