Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Bryant D. Nevitt

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT D. NEVITT,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant | Case No.: EDCV 5:12-00579 RZ<br><br>~~[PROPOSED]~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,400.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by 28 U.S.C. § 1920, be awarded ~~subject to the terms of the Stipulation.~~ to Plaintiff.

DATE: June 25, 2013

*/s/ Ralph Zarefsky*

THE HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 | /s/ Lawrence D. Rohlfing
4 | Lawrence D. Rohlfing
Attorney for plaintiff Bryant D. Nevitt

# PROOF OF SERVICE

***STATE OF CALIFORNIA, COUNTY OF LOS ANGELES***

      I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12631 East Imperial Highway, Suite C-115, Santa Fe Springs, California 90670.

      On this June 7, 2013, I served the foregoing document described as on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Bryant Nevitt
36462 Sweet Berry Ct.
Winchester, CA 92596

      I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Fe Springs, California.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      I declare that I am employed in the office of a member of this court at whose direction the service was made.

**Enedina Perez**
TYPE OR PRINT NAME                        *SIGNATURE*